**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7984**

UNITED STATES OF AMERICA,

　　　　　Plaintiff - Appellee,

　　v.

PERNELL ROMERO MARTINEZ, a/k/a Pernell Bryant, a/k/a Pernell
Bryant Martinez,

　　　　　Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Greenville.　James C. Dever, III,
Chief District Judge.　(4:11-cr-00036-D-1; 4:13-cv-00172-D)

Submitted:　March 25, 2014　　　　　Decided:　March 28, 2014

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Pernell Romero Martinez, Appellant Pro Se.　Timothy Severo,
Shailika K. Shah, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh,
North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pernell Romero Martinez seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Martinez has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED